UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                   Criminal No. 20-CR-20303

vs.                                                          HON. BERNARD A. FRIEDMAN

DEMETRIUS KIDD,

    Defendant.

_____/

**ORDER DELAYING THE HEARING ON DEFENDANT'S
MOTION TO SUPPRESS AND MOTION TO SUPPRESS
EVIDENCE IN VIOLATION OF *FRANKS***

**and**

**ORDER DENYING DEFENDANT'S MOTION TO REQUIRE DISCLOSURE
AND PRODUCTION OF GOVERNMENT INFORMANTS AND MOTION
TO SUPPRESS STATEMENTS IN VIOLATION OF *MIRANDA***

**and**

**ORDER DENYING THE PETITION FOR ACTION ON
DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE**

On March 16, 2021, this matter came before the Court on four motions filed by defendant and a petition for action on defendant's conditions of pretrial release [docket entry 40]. Defendant's four motions are: (1) a motion to suppress evidence obtained in violation of the Fourth Amendment [docket entry 19]; (2) a motion to suppress evidence obtained in violation of *Franks v. Delaware*, 438 U.S. 154 (1978) [docket entry 27]; (3) a motion to require disclosure and production of government informants [docket entry 29]; and (4) a motion to suppress statements obtained in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966) [docket entry 30]. A hearing was held and argument heard. For the reasons stated on the record,

IT IS ORDERED that the hearing on defendant's initial motion to suppress [docket entry 19] and *Franks* motion [docket entry 27] is postponed until Friday, April 20, 2021, at 1:30 p.m. The government shall provide defense counsel the license plate information for defendant's home visitors as referenced in the search warrants at issue in this case and pursuant

to an "attorney's eyes only" protective order.

       IT IS FURTHER ORDERED that defendant's motion to require disclosure and production of government informants is denied without prejudice [docket entry 29].

       IT IS FURTHER ORDERED that defendant's motion to suppress statements obtained in violation of *Miranda* is denied [docket entry 30].

       IT IS FURTHER ORDERED that the petition for action on defendant's conditions of pretrial release is denied [docket entry 40].

                                          s/Bernard A. Friedman  
                                          BERNARD A. FRIEDMAN  
Dated: March 17, 2021             SENIOR UNITED STATES DISTRICT JUDGE  
      Detroit, Michigan