UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEMETRIUS KIDD,

    Defendant.
_____/

Criminal No. 20-CR-20303

HON. BERNARD A. FRIEDMAN

**ORDER DENYING DEFENDANT'S MOTION TO
SUPPRESS AND MOTION FOR A *FRANKS* HEARING**

On April 20, 2021, this matter came before the Court on two motions filed by defendant: (1) a motion to suppress evidence obtained in violation of the Fourth Amendment [docket entry 19]; and (2) a motion for an evidentiary hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978) [docket entry 27]. A hearing was held and argument heard. For the reasons stated on the record,

IT IS ORDERED that defendant's motion to suppress is denied [docket entry 19].

IT IS FURTHER ORDERED that defendant's motion for a *Franks* hearing is denied [docket entry 27].

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: April 21, 2021
       Detroit, Michigan